McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**SEALED**

FILED
APR 0 1 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:19-SW-264  EFB

| In the Matter of the Search of: | CASE NO. |
|---|---|
| INFORMATION ASSOCIATED WITH 916-803-8715 THAT IS STORED AT PREMISES CONTROLLED BY AT&T Corporation | [PROPOSED] ORDER COMMANDING AT&T CORPORATION NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF WARRANT |
| | **UNDER SEAL** |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding AT&T Corporation, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant for a period of 180 days from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by including by giving targets an opportunity to flee, destroy or tamper with evidence, or change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that AT&T Corporation shall not disclose the existence of the attached warrant or this Order of the Court, to the listed subscriber or to any other person, for 180 days from the date of this order, except that AT&T Corporation may disclose the attached warrant to an attorney for AT&T Corporation for the purpose of receiving legal advice.

PROPOSED ORDER

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Dated: 4-1-2019

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER